ACCEPTED
12-14-00342-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/6/2015 4:15:20 PM
CATHY LUSK
CLERK

NO. 12-14-00342-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **12th COURT** |
| | § | |
| **VERA L. CLERKLEY** | § | **OF APPEALS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/6/2015 4:15:20 PM

CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Vera L. Clerkley, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 3rd Judicial District Court of Anderson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Vera L. Clerkley, and numbered 31399.

3. Appellant was convicted of Theft of Property >=1500<2K.

4. Appellant was assessed a sentence of one yeas on October 20, 2014.

5. Notice of appeal was given on October 22, 2014.

6. The clerk's record was filed on December 15, 2014; the reporter's record was filed on January 20, 2015.

7. The appellate brief is presently due on February 19, 2015.

8. Appellant requests an extension of time of 15 days from the present date, i.e. March 6, 2015.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

On February 18, 2015 this court entered a Per Curiam Order On Abatement And Remand. In that order the trial court was given 30 days to supplement the record regarding the trial court's certification as to Appellant's right to appeal. A hearing on that issue is set for March 16, 2015. Undersigned counsel evidently misunderstood that Order of Abatement as it applied to the briefing deadline.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Wm. M. House.Jr., Attorney at Law
800 North Church
Palestine, Texas 75801
Tel: (903) 723-2077
Fax: (903) 723-6323

By: _____
Wm. M. House, Jr.
State Bar No. 10045000
wmmhousejr@embarqmail.com
Attorney for Vera L. Clerkley

## CERTIFICATE OF SERVICE

This is to certify that on March 6, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, Texas, by personal delivery.

_____
Wm. M. House, Jr.

STATE OF TEXAS                                  §
                                                §
COUNTY OF ANDERSON                              §

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Wm. M. House, Jr., who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
Wm. M. House, Jr.
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _March 6_ , 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



CAROLYN NEWGENT
MY COMMISSION EXPIRES
February 11, 2017